Argued and submitted April 30, reversed and remanded June 26, 2003

STATE OF OREGON,
*Respondent,*

*v.*

ROYCE GLENN JACKSON,
*Appellant.*

0102-30895; A114731

71 P3d 572

Shawn Wiley, Deputy Public Defender, argued the cause for appellant. With him on the brief was David E. Groom, Acting Executive Director, Office of Public Defense Services.

Joanna L. Jenkins, Assistant Attorney General, argued the cause for respondent. With her on the brief were Hardy Myers, Attorney General, and Mary H. Williams, Solicitor General.

Before Haselton, Presiding Judge, and Linder and Wollheim, Judges.

PER CURIAM

Reversed and remanded. *State v. Sweeney,* 188 Or App 255, 71 P3d 168 (2003).